# First District Court of Appeal
## State of Florida

_____

No. 1D17-3730
_____

CHRIS BEISLER, an individual,

Appellant,

v.

UNIVERSAL MORTGAGE & FINANCE, INC., a Maryland corporation,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

January 7, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lee S. Haramis, Richard J. Plotkin, and Ashlea A. Edwards of GrayRobinson, P.A., Jacksonville, for Appellant.

Christopher J. Hand, Thomas J. Fraser, and Cole Johnathon Sullivan of Eavenson, Fraser, Lunsford & Ivan, Jacksonville, for Appellee.